## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Rosswurm, et al,<br><br>    Plaintiff,<br><br>v.<br><br>Dynamic Recovery Services, Inc., et al,<br><br>    Defendant. | Case No. 08-cv-300 – JTM-RBC<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now come Plaintiffs, by and through counsel, to hereby dismiss the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i).  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: <u>/s/ Timothy J. Sostrin</u>
    Timothy J. Sostrin
    233 S. Wacker
    Sears Tower, Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    tjs@legalhelpers.com
    Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 12, 2009, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail.

Dynamic Recovery Services, Inc.
4101 McEwen Rd., Suite 150,
Farmers Branch, TX 75244.

                                                                /s/ Timothy J. Sostrin